190 So. 925

**Copeland ROBISON v. STATE.**

**8 Div. 882.**

Court of Appeals of Alabama.

June 6, 1939.

Rehearing Stricken June 30, 1939.

H. H. Hamilton, of Russellville, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.